FILED
SUPERIOR COURT
OF GUAM

2021 AUG 23 PM 12: 43

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| PEOPLE OF GUAM, | **Criminal Case No. CF0309-20**<br>GPD Report No. 20-14601 |
| v. | |
| RAFAEL FEJERANG MARTINEZ,<br>DOB: 02/16/1994 | **DECISION AND ORDER<br>FINDING DEFENDANT COMPETENT<br>TO STAND TRIAL** |
| Defendant. | |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on March 5, 2021 for a Competency Hearing. Assistant Attorney General Steven J. Haderlie represents the People, and Assistant Public Defender Jocelyn Roden represents Rafael Fejerang Martinez ("Defendant"). Having duly considered the Defendant's Forensic Evaluation, Dr. Rapadas's testimony, the parties' oral arguments, and the applicable law, the Court now issues the following Decision and Order and **finds Defendant competent to stand trial.**

## BACKGROUND

On June 6, 2020, Defendant was arrested and charged with Charge One: Second Degree Robbery (as a 2nd Degree Felony), Charge Two: Terrorizing (as a 3rd Degree Felony), Charge Three: Assault on a Peace Officer (as a 3rd Degree Felony), and Charge Four: Resisting Arrest (as a Misdemeanor). Indictment (Jan. 5, 2021). Police records indicate that Defendant robbed a man at gunpoint and then physically struggled with arresting officers. Magistrate's Complaint (Jun. 6, 2020).

On January 13, 2021, Defendant pled Not Guilty by Reason of Mental Illness, Disease, or Defect. Minute Entry (Jan. 13, 2021).

Decision and Order Finding Defendant Competent to Stand Trial
CF0309-20, *People of Guam v. Rafael Martinez*
Page 1 of 4

Pursuant to 9 G.C.A. §7.25, the Client Services and Family Counseling Division of the Superior Court of Guam ("CSFC") arranged for Defendant to undergo a forensic evaluation with a qualified psychologist. Order for Forensic Evaluation (Jan. 13, 2021). On February 2, 2021, Defendant underwent his forensic evaluation with Dr. Juan Rapadas, an expert clinical psychologist at CSFC. Forensic Evaluation at 2 (Feb. 10, 2021).

The Court held a hearing on March 5, 2021 to determine Defendant's competency to stand trial. After hearing the arguments of the parties, the Court found Defendant competent to stand trial.

## DISCUSSION

"A defendant is incompetent to be proceeded against in a criminal action if, as a result of mental illness... he is unable (1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 G.C.A. § 7.37(a)(1)-(4).

Defendant appeared mentally sound throughout the forensic evaluation. Defendant was oriented to person, place, time, and object. Forensic Evaluation at 5 (Feb. 10, 2021). Defendant knew why he was taking a forensic evaluation, and showed "good" attention and concentration throughout the assessment. Id. at 5. Defendant's speech flow and content was appropriate to mood and situation, organized, and focused. Id. at 5. Defendant also showed reliable short and long-term memory, and was able to describe his home life, family relationships, education, and work history. Id. at 3-4.

Defendant underwent a mini-mental status examination ("MMSE"), which is a brief test used to gage the Defendant's current orientation, object registration, attention, language recognition skills, and ability to recall. Id. at 5. Defendant scored a 29/30 on the MMSE, which indicates he is not currently suffering from overall cognitive weaknesses, dementia, or memory problems. Id. at 5. Defendant also took a Test of Non-Verbal Intelligence, 4th Edition ("TONI-4"), which is used to

Decision and Order Finding Defendant Competent to Stand Trial
CF0309-20, *People of Guam v. Rafael Martinez*
Page 2 of 4

measure general cognitive abilities. Id. at 5. Defendant only scored in the 21st percentile, meaning he scored better than 21 percent of his peers. Id. at 5. While this is in the below average range, the score doesn't indicate major problems in cognitive skills. Id. at 5.

Defendant's understanding of the criminal proceedings also seems fair. Defendant understands the nature of his arrest and charges, knows the name of his attorney and judge, knows when his next court hearing is, and can explain the difference between a misdemeanor and a felony. Id. at 6. Defendant is also willing to talk openly in English and has expressed a desire to work alongside his attorney in preparing a legal defense. Id. at 6.

It is noteworthy that Defendant was previously diagnosed as bipolar and received special education services under the Emotional Disability Program throughout high school. Id. at 3-4. Defendant is currently taking both anti-psychotic and anti-depressant medications, and believes they are helping him. Id. at 4. With these medications, Defendant has been clinically stable for several weeks now. Id. at 6.

Taking all data in total, Defendant is currently competent to be proceeded against and to be sentenced. As Dr. Rapadas laid out in his report, Defendant is currently not experiencing any psychotic symptoms. Defendant can also engage in conversation with his attorney, process any legal advice they may provide, and help plan a defense strategy. This ability, combined with Defendant's strong MMSE test results indicate that Defendant has no major cognitive weaknesses or mental illness preventing him from assisting in his defense.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

For the reasons started above, the Court makes the following findings of fact and conclusions of law:

Decision and Order Finding Defendant Competent to Stand Trial
CF0309-20, *People of Guam v. Rafael Martinez*
Page 3 of 4

- Defendant does possess the mental competency "(1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 G.C.A. § 7.37(a)(1)-(4).

- Defendant is currently competent to stand trial. The Defendant's case will not be transferred to Mental Health Court because Defendant was deemed competent. Defendant can make any diminished capacity defense he may have at trial.

IT IS SO ORDERED this ___Aug. 23, 2021___ *nunc pro tunc* to March 5, 2021.



**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Finding Defendant Competent to Stand Trial
CF0309-20, *People of Guam v. Rafael Martinez*
Page **4** of **4**